Local FORM B  (Rev. 4/13)                                                                  Page 1

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

Brently B Tronroad §
§
           Plaintiff/Petitioner, §
§         Case No._____

       vs. §

Dallas Thiesson §
§       **Application to Proceed**
§        **In Forma Pauperis**
_____ §
§
_____§
§
_____ §
§
_____§
    Defendant(s)/Respondent(s). §

I, __Brently Ironroad__, declare that I am the plaintiff/petitioner

in the above-entitled proceeding; that, in support of my request to proceed without being

required to prepay the full filing fee, I state that because of my poverty, I am unable to prepay

the filing fee for this action; that I believe I am entitled to relief.

In further support of this application, I answer the following questions:

1.    Where are you imprisoned? __yes__

2.    When did you begin your imprisonment there? __April 1 2023__

3.    When do you expect to be released? __Nov. 2026__

4.    Are you presently receiving an allowance or wages from the prison or jail? __No__
    If YES, state the amount of your allowance or wages per month. __none__

Local FORM B  (Rev. 4/13)

5.    Have you received within the past 12 months any money from a business, profession or other type of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity, life insurance, gifts, inheritances, court award or settlement, or other sources? _____ none _____

If YES, give the amount received and identify the sources:

_____

_____

_____

6.    What is the current balance in your prison account? _____ $0 _____

7.    Do you own cash, or do you have money in a checking or savings account, other than a prison account? _____ If YES, state the current balance:____ none _____

8.    Do you own any real estate, stocks, bonds, notes, vehicles, or other valuable property (you need not mention ordinary household and cell furnishings, such as radios, TV sets, stereo, books, etc., and personal clothing)? _____ If YES, describe the property and state its approximate value:_____ none _____

_____

_____

_____

I hereby authorize officials of the institution where I am incarcerated to release my financial records to the court. My identification number at this institution is _____.

I declare under penalty of perjury that I have read the foregoing and it is true, complete and correct.

Signed this ___19th___ day of ___September___, 20_25_.

___Brittly Ironwood___

(Signature of Plaintiff/Petitioner)